IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Zachery, Maria T

Printed: 7/22/08

Case Number: 06 B 13299
Judge: Goldgar, A. Benjamin
Filed: 10/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 3, 2008
Confirmed: December 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|   | Receipts | Disbursements |
|---|---|---|
|   | 8,880.35 |   |
| Secured: |   | 1,137.26 |
| Unsecured: |   | 3,844.87 |
| Priority: |   | 84.72 |
| Administrative: |   | 2,964.00 |
| Trustee Fee: |   | 447.70 |
| Other Funds: |   | 401.80 |
| Totals: | 8,880.35 | 8,880.35 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph P Doyle | Administrative | 2,964.00 | 2,964.00 |
| 2. | Illinois Title Loans | Secured | 1,137.26 | 1,137.26 |
| 3. | Illinois Dept of Revenue | Priority | 84.72 | 84.72 |
| 4. | Jefferson Capital | Unsecured | 879.56 | 879.56 |
| 5. | Sallie Mae | Unsecured | 1,352.42 | 1,352.42 |
| 6. | Illinois Dept of Revenue | Unsecured | 30.00 | 30.00 |
| 7. | Sallie Mae | Unsecured | 875.00 | 875.00 |
| 8. | Nicor Gas | Unsecured | 688.13 | 688.13 |
| 9. | Illinois Title Loans | Unsecured | 19.76 | 19.76 |
| 10. | Certified Credit Corporation | Unsecured |   | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |   | No Claim Filed |
| 13. | Ascension Bankruptcy Recovery Trust | Unsecured |   | No Claim Filed |
| 14. | Computer Credit Service Corp | Unsecured |   | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 17. | Certified Credit Corporation | Unsecured |   | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 20. | Legal Liaison Service | Unsecured |   | No Claim Filed |
| 21. | Midland Credit Management | Unsecured |   | No Claim Filed |
| 22. | Magnum Cash Advance | Unsecured |   | No Claim Filed |
| 23. | National Service Center | Unsecured |   | No Claim Filed |
| 24. | Revenue Production Mgmt | Unsecured |   | No Claim Filed |
| 25. | Village Bank & Trust | Unsecured |   | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Zachery, Maria T | Case Number: 06 B 13299 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/22/08 | Filed: 10/17/06 |

| | | | |
|---|---|---|---|
| 26. Universal Guaranty Life Ins | Unsecured | | No Claim Filed |
| 27. Park Dansan | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 8,030.85 | $ 8,030.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 89.65 |
| 5.4% | 351.63 |
| 6.5% | 6.42 |
| | _____ |
| | $ 447.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____